## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David L. Rager dba Deep Sky Astrophotography | CHAPTER 13 |
| Reagan L. Fike-Rager | BKY. NO. 25-23453 GLT |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, NA and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
29 Dec 2025, 14:42:07, EST

Denise Carlon, Esq. (317226)   ☑
Matthew Fissel, Esq. (314567)   ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com