**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : **Case No.: 25-23453** |
| **David L. Rager DBA Deep Sky** | : **Chapter 13** |
| **Astrophotography** | : **Judge Gregory L Taddonio** |
| **Reagan L. Fike-Rager** | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | : |
| **PNC Bank, NA** | : **Related Document #** |
| | : |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, NA, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

26-000465_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-23453 |
| **David L. Rager DBA Deep Sky** | : **Chapter 13** |
| **Astrophotography** | : **Judge Gregory L Taddonio** |
| **Reagan L. Fike-Rager** | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **PNC Bank, NA** | : **Related Document #** |
| | : |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 12, 2026.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Kenneth Steidl, Attorney for David L. Rager DBA Deep Sky Astrophotography and Reagan L. Fike-Rager, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
David L. Rager DBA Deep Sky Astrophotography and Reagan L. Fike-Rager, 308 Old National Pike, Brownsville, PA  15417


EXECUTED ON: January 12, 2026

By: /s/ Adam B. Hall
Signature
Adam B. Hall, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323867
List Bar I.D. and State of Admission

26-000465_PS