IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David L. Rager and | ) | Bankruptcy No. 25-23453 GLT |
| Reagan L. Fike-Rager, | ) | Chapter 13 |
| | ) | Related to Document No(s). 19, 20, 22 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| David L. Rager and | ) | April 1, 2026 at 10:00 a.m. |
| Reagan L. Fike-Rager, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondent(s) | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY
SPECIAL COUNSEL FOR DEBTOR'S LONG TERM DISABILITY CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR'S LONG TERM DISABILITY CLAIM filed on February 23, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR'S LONG TERM DISABILITY CLAIM appears thereon. Pursuant to the Notice of Hearing, objections for APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR'S LONG TERM DISABILITY CLAIM were to be filed and served no later than March 12, 2026.

It is hereby respectfully requested that the Order attached to the APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR'S LONG TERM DISABILITY CLAIM be entered by the Court.

Respectfully submitted,

March 12, 2026                        /s/Kenneth Steidl
Date:                                Kenneth Steidl, Esquire
                                     Attorney for the Debtors
                                     Steidl & Steinberg, P.C.
                                     436 Seventh Avenue, Suite 322
                                     Pittsburgh, PA  15219
                                     (412) 391-8000
                                     PA I. D. No.  34965
                                     ken.steidl@steidl-steinberg.com