IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/13/26 7:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                                          )
                                                )        Bankruptcy No. 25-23453 GLT
David L. Rager                                  )        Chapter 13
Reagan L. Fike-Rager,                           )
        Debtor(s)                               )        Docket No.  19 and 22
                                                )
                                                )
                                                )
David L. Rager,                                 )
        Movant(s)                               )
                                                )
        Vs.                                     )
                                                )
                                                )
Ronda J. Winnecour, Chapter 13 Trustee,         )
        Respondent(s)                           )

## ORDER EMPLOYING SPECIAL COUNSEL

        AND   NOW,   this 13th   day of March_____, 2026__, upon   consideration
of   the   ***APPLICATION   FOR   EMPLOYMENT   OF   SPECIAL   COUNSEL   FOR   THE
DEBTOR'S   LONG   TERM   DISABILITY   CLAIM*** , it is hereby ORDERED, ADJUDGED   and
DECREED as follows:

        1.      The above referenced Application is hereby approved as of the date the Application
was filed.

        2.      Dylan Krett, Esquire and Robert Pierce & Associates, P.C. at 437 Grant Street, Suite
1100, Pittsburgh, PA 15219 is hereby appointed as *Special Counsel* for the Estate/Debtor pursuant to the
terms (including compensation terms) described in the Fee Agreement attached to the above referenced
Motion/Application for the limited purpose of acting as attorney in connection with the interest of the
Estate/Debtor in prosecuting a Long Term Disability Claim as referenced to in the foregoing
Motion/Application, *provided however,* no settlement of any claim is to occur without prior Court Order
after notice and hearing.

        3.      Professional persons or entities performing services in the above case are advised that
approval of fees for professional services will be based not only on the amount involved and the results
accomplished, but other factors as well including:  the time and labor reasonably required by counsel, the
novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the
preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed
or contingent, the time limitations imposed by the client or the circumstances , the experience, reputation
and   ability   of   the   attorneys   involved,   the   undesirability   of   the   case,   the   nature   and   length   of   the
professional relationship with the client, and, awards in similar cases.

        4.      Approval of any application for appointment of counsel in which certain hourly
rates/compensation terms are stated for various professionals is not an agreement by the Court to allow
fees at the requested hourly rates or compensation terms.  Final compensation, awarded only after notice

and hearing may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

Prepared by:  ___Kenneth Steidl, Esq.___

**DEFAULT ENTRY**

Dated: __March 13, 2026__

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23453-GLT |
| David L. Rager | Chapter 13 |
| Reagan L. Fike-Rager | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 16, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Rager, Reagan L. Fike-Rager, 308 Old National Pike, Brownsville, PA 15417-9335 |
| sp | + | Dylan Krett, Dylan Krett, Esquire and Robert Pie, 437 Grant Street, Suite 1100, Pittsburgh, PA 15219-6114 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor PNC BANK  NA amps@manleydeas.com |
| Denise Carlon | |
| | on behalf of Creditor PNC BANK  NA dcarlon@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Plaintiff Reagan L. Fike-Rager julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Plaintiff David L. Rager julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

District/off: 0315-2                                    User: auto                                              Page 2 of 2

Date Rcvd: Mar 16, 2026                            Form ID: pdf900                                      Total Noticed: 2

eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

    on behalf of Joint Debtor Reagan L. Fike-Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

    on behalf of Debtor David L. Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com


TOTAL: 8