Certificate Number: 01721-PAW-DE-040860481

Bankruptcy Case Number: 25-23453



01721-PAW-DE-040860481

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2026, at 9:19 o'clock PM EDT, David Rager completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 15, 2026                    By:     /s/Robin Vasselo

                                          Name:   Robin Vasselo

                                          Title:   Counselor