Certificate Number: 01721-PAW-DE-040860487

Bankruptcy Case Number: 25-23453



01721-PAW-DE-040860487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2026, at 9:19 o'clock PM EDT, Reagan Fike Rager completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 15, 2026            By:      /s/Robin Vasselo

Name:  Robin Vasselo

Title:   Counselor