2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 25-23453-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

David L. Rager
308 Old National Pike
Brownsville PA 15417

Reagan L. Fike-Rager
308 Old National Pike
Brownsville PA 15417

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/08/2026.

Name and Address of Alleged Transferor(s):

Claim No. 2: Reprise Financial, 8333 Ridgepoint Drive #150, Irving, TX 75063

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST. CLOUD, MN 56392-9617

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/10/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                         Case No. 25-23453-GLT

David L. Rager                                                                          Chapter 13

Reagan L. Fike-Rager

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                Page 1 of 2

Date Rcvd: May 08, 2026            Form ID: trc                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16624346 | Email/Text: bankruptcy@reprisefinancial.com | May 09 2026 01:09:00 | Reprise Financial, 8333 Ridgepoint Drive #150, Irving, TX 75063 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Easley | on behalf of Defendant Foundation Finance Company  LLC Jefferson Capital Systems, LLC Assignee aeasley@sessions.legal, cgarcia@sessions.legal |
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NA amps@manleydeas.com |
| Jason Richardson | on behalf of Defendant Foundation Finance Company  LLC Jefferson Capital Systems, LLC Assignee jason.richardson@mhllp.com, Teresa.Truong@mhllp.com |
| Kenneth Steidl | on behalf of Plaintiff David L. Rager julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Reagan L. Fike-Rager julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

District/off: 0315-2                                    User: auto                                    Page 2 of 2
Date Rcvd: May 08, 2026                                Form ID: trc                                 Total Noticed: 1

eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

on behalf of Debtor David L. Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

on behalf of Joint Debtor Reagan L. Fike-Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel

on behalf of Creditor PNC BANK  NA bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael B Greenberg

on behalf of Defendant Foundation Finance Company  LLC Jefferson Capital Systems, LLC Assignee
michael.greenberg@mhllp.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 11