**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| In re: DAVID L. RAGER<br>REAGAN L. FIKE-RAGER<br>Debtor(s) | Case No. 25-23453GLT |
|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/23/2025.

2) The plan was confirmed on 03/11/2026.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/11/2026.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,910.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $23,527.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$23,527.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $941.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,343.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,284.90**

Attorney fees paid and disclosed by debtor: $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFIRM++ | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM++ | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| AIDVANTAGE O/B/O THE DEPARTME | Unsecured | 10,213.00 | 119,708.99 | 0.00 | 0.00 | 0.00 |
| ASPEN NATIONAL COLL/VACATION V | Secured | 362.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 2,124.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 9,247.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 23,406.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 22,411.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 21,608.00 | NA | NA | 0.00 | 0.00 |
| EZ PASS CUSTOMER SERVICE | Unsecured | 921.03 | NA | NA | 0.00 | 0.00 |
| FEDERAL HOME LOANS OF PITTSBU | Unsecured | 1,798.49 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 27,790.00 | 27,315.25 | 27,315.25 | 1,936.92 | 1,703.28 |
| FORD MOTOR CREDIT CO LLC(*) | Secured | 37,878.00 | 40,470.24 | 40,470.24 | 3,078.57 | 2,121.61 |
| FOUNDATION FINANCE COMPANY LI | Secured | 18,107.00 | 19,640.02 | 19,640.02 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 3,920.00 | 4,022.43 | 4,022.43 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 2,427.00 | 2,531.77 | 2,531.77 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 5,679.00 | 5,848.36 | 5,848.36 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 1,940.00 | 2,030.83 | 2,030.83 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 2,463.00 | 2,563.82 | 2,563.82 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | NA | 5,273.86 | 5,273.86 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 956.00 | 1,062.56 | 1,062.56 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 1,850.00 | 1,932.55 | 1,932.55 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LI | Unsecured | 7,141.00 | 8,146.64 | 8,146.64 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LI | Unsecured | 4,077.00 | 4,379.59 | 4,379.59 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,900.00 | 1,983.25 | 1,983.25 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,089.31 | 1,089.31 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,204.53 | 1,204.53 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(* | Unsecured | 1,619.00 | 1,613.81 | 1,613.81 | 0.00 | 0.00 |
| PA TURNPIKE COMMISSION | Unsecured | NA | 1,819.05 | 1,819.05 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PNC BANK NA | Secured | 237,166.00 | 238,202.22 | 0.00 | 9,174.32 | 0.00 |
| PNC BANK NA | Secured | 0.00 | 5,555.27 | 5,555.27 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 472.00 | 528.50 | 528.50 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 311.00 | 361.21 | 361.21 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,276.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOU | Unsecured | 4,324.00 | 4,324.73 | 4,324.73 | 0.00 | 0.00 |
| TARGET | Unsecured | 2,079.00 | NA | NA | 0.00 | 0.00 |
| THE GRANDVIEW AT LAS VEGAS | Secured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| UPGRADE INC | Unsecured | 4,133.00 | 4,384.51 | 4,384.51 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 284.26 | 284.26 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 543.22 | 543.22 | 0.00 | 0.00 |
| US BANK++ | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 107,915.00 | 90,512.03 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AIS INFOSOURCE LP - A | Unsecured | NA | 1,025.60 | 1,025.60 | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $9,174.32 | $0.00 |
| Mortgage Arrearage | $5,555.27 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $67,785.49 | $5,015.49 | $3,824.89 |
| All Other Secured | $19,640.02 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$92,980.78** | **$14,189.81** | **$3,824.89** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$56,954.39** | **$0.00** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $2,284.90 | |
| Disbursements to Creditors | $18,014.70 | |
| **TOTAL DISBURSEMENTS** : | | **$20,299.60** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/21/2026 By: /s/ Ronda J. Winnecour
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.