IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| David L. Rager | ) | Case No. 25-23453-GLT |
| Reagan L. Fike-Rager, | ) | Chapter 7 |
| Debtor(s) | ) | Related Docket No. |
| | ) | |
| | ) | |
| David L. Rager | ) | |
| Reagan L. Fike-Rager, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Quest Diagnostics
c/o Patient Bankruptcy Services
PO Box 740775
Cincinnati, OH 45274

Quest Diagnostics
c/o Credit control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045

South Hills Pain & Rehab Associates
575 Coal Valley Road, Suite 277
Jefferson Hills, PA 15025-3716

WVU Health System
PO Box 896
Morgantown, WV 26507-0896

UPMC
℅ First Credit, Inc.
PO Box 630838
Cincinnati, OH 45263-0838

Cornerstone Care
PO Box 74448
Cleveland, OH 44194-0548

UPMC
PO Box 371472
Pittsburgh, PA 15250-7472

Respectfully submitted,

August 25, 2026_______
DATE

/s/ Kenneth Steidl_______
Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
436 Seventh Avenue
Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No.34965