IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>David L. Rager<br>Reagan L. Fike-Rager,<br>Debtor(s)<br><br><br>David L. Rager<br>Reagan L. Fike-Rager,<br>Movant(s)<br><br>vs.<br><br>No Respondent(s) | Case No. 25-23453-GLT<br>Chapter 7<br>Related Docket No. 48 |

**RULE 1019 REPORT**

AND NOW, come the Debtors, David L. Rager and David L. Rager, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. This case commenced on December 23, 2025 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.
2. This case was converted to Chapter 7 on August 11, 2026.
3. Subsequent to the filing of the Chapter 13 petition, but prior to conversion of the case to Chapter 7, the Debtors have not entered into or assumed any executory contracts and have not acquired any additional or new property, either real or personal.
4. Subsequent to the filing of the Chapter 13 petition, but prior to conversion of the case to Chapter 7, the Debtors incurred the following debts:

Quest Diagnostics
c/o Patient Bankruptcy Services
PO Box 740775
Cincinnati, OH 45274
$28.27

South Hills Pain & Rehab Associates
575 Coal Valley Road, Suite 277
Jefferson Hills, PA 15025-3716
$467.69

WVU Health System
PO Box 896
Morgantown, WV 26507-0896
$150.45

UPMC
% First Credit, Inc.
PO Box 630838
Cincinnati, OH 45263-0838
$91.14

Cornerstone Care
PO Box 74448
Cleveland, OH 44194-0548
$216.00

UPMC
PO Box 371472
Pittsburgh, PA 15250-7472
$1,890.86

WHEREFORE, the Debtors, David L. Rager and David L. Rager, respectfully file this Rule 1019 Report.

Respectfully submitted,

August 25, 2026
DATE

/s/Kenneth Steidl

Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue
Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 34965
ken.steidl@steidl-steinberg.com