**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID L. RAGER
REAGAN L. FIKE-RAGER
Debtor(s)

Case No.:25-23453 GLT

Ronda J. Winnecour
Movant
vs.
No Respondents.

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/23/2025 and confirmed on 03/11/2026 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 23,527.00 |
| Less Refunds to Debtor | 3,227.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,299.60 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 941.20 | |
| Trustee Fee | 1,343.70 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,284.90 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| PNC BANK NA<br>Acct: 9380 | 0.00 | 9,174.32 | 0.00 | 9,174.32 |
| PNC BANK NA<br>Acct: 9380 | 5,555.27 | 0.00 | 0.00 | 0.00 |
| ASPEN NATIONAL COLL/VACATION VILLA(<br>Acct: 8931 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOUNDATION FINANCE COMPANY LLC - J<br>Acct: 9361 | 19,640.02 | 0.00 | 0.00 | 0.00 |
| THE GRANDVIEW AT LAS VEGAS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 4502 | 27,315.25 | 1,936.92 | 1,703.28 | 3,640.20 |
| FORD MOTOR CREDIT CO LLC(*)<br>Acct: 3831 | 40,470.24 | 3,078.57 | 2,121.61 | 5,200.18 |
| | | | | 18,014.70 |
| Priority | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | DAVID L. RAGER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DAVID L. RAGER<br>Acct: | 3,227.40 | 3,227.40 | 0.00 | 0.00 |
| | STEIDL & STEINBERG PC<br>Acct: | 3,400.00 | 941.20 | 0.00 | 0.00 |
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | US DEPARTMENT OF EDUCATION<br>Acct: 3270 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AIDVANTAGE O/B/O THE DEPARTMENT O<br>Acct: 3270 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EDFINANCIAL SERVICES<br>Acct: 0127 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EDFINANCIAL SERVICES<br>Acct: 0127 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EDFINANCIAL SERVICES<br>Acct: 0904 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM++<br>Acct: 86SJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM++<br>Acct: WBA3 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK USA NA<br>Acct: 7420 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 4311 | 4,022.43 | 0.00 | 0.00 | 0.00 |
| | CITIBANK NA<br>Acct: 0484 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 6317 | 1,983.25 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC - AGENT FOR CC<br>Acct: 7877 | 361.21 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC - AGENT FOR CC<br>Acct: 3313 | 528.50 | 0.00 | 0.00 | 0.00 |
| | CREDIT ONE BANK<br>Acct: 4791 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 8209 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FEDERAL HOME LOANS OF PITTSBURGH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LENDMARK FINANCIAL SERVICES LLC<br>Acct: 6615 | 8,146.64 | 0.00 | 0.00 | 0.00 |
| | LENDMARK FINANCIAL SERVICES LLC<br>Acct: 5511 | 4,379.59 | 0.00 | 0.00 | 0.00 |
| | ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 4018 | 1,613.81 | 0.00 | 0.00 | 0.00 |
| | EZ PASS CUSTOMER SERVICE<br>Acct: 3711 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 9612 | 2,531.77 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 9814 | 5,848.36 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 4408 | 2,030.83 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK BY AIS INFOSOURCE<br>Acct: 4617 | 4,324.73 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 2247 | 1,062.56 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,932.55 | 0.00 | 0.00 | 0.00 |
| Acct: 6920 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9781 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,563.82 | 0.00 | 0.00 | 0.00 |
| Acct: 9730 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7110 | | | | |
| UPGRADE INC | 4,384.51 | 0.00 | 0.00 | 0.00 |
| Acct: 5221 | | | | |
| US BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1836 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 5,273.86 | 0.00 | 0.00 | 0.00 |
| Acct: 0691 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,089.31 | 0.00 | 0.00 | 0.00 |
| Acct: 4207 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,204.53 | 0.00 | 0.00 | 0.00 |
| Acct: 3852 | | | | |
| VERIZON BY AIS INFOSOURCE LP - AGEN | 1,025.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| UPMC PHYSICIAN SERVICES | 543.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9929 | | | | |
| UPMC HEALTH SERVICES | 284.26 | 0.00 | 0.00 | 0.00 |
| Acct: 9929 | | | | |
| PA TURNPIKE COMMISSION | 1,819.05 | 0.00 | 0.00 | 0.00 |
| Acct: 7111 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MDK LEGAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCDOWELL HETHERINGTON LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ORLANS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 18,014.70 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 92,980.78 |
| UNSECURED | 56.954.39 |

Date: 08/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com