IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 25-23453-GLT |
| | ) | |
| David L. Rager and Reagan L. Fike-Rager, | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtors. | | |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Stay and Notice of Hearing was served on the following the 9th day of September, 2026 via Electronic Notification or First Class Mail:

**VIA FIRST CLASS MAIL**
David L. Rager
308 Old National Pike
Brownsville, PA 15417

Reagan L. Fike-Rager
308 Old National Pike
Brownsville, PA 15417

**VIA ELECTRONIC NOTIFICATION**
Pamela J. Wilson, Trustee
810 Vermont Avenue
Pittsburgh, PA 15234
Email: pwilson@pjwlaw.net

**VIA ELECTRONIC NOTIFICATION**
Kenneth Steidl, Esquire
Steidl & Steinberg
Koppers Building
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219
Email: julie.steidl@steidl-steinberg.com

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
E-mail: ustpregion03.pi.ecf@usdoj.gov

*/s/ David W. Raphael*
David W. Raphael, Esquire
Attorney for First National Bank of Pennsylvania
626 Washington Place
Pittsburgh, PA 15219
(412) 465-9718
raphaeld@fnb-corp.com