FILED
9/22/26 9:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh Division**

| | |
|---|---|
| IN RE:<br><br>DAVID L. RAGER<br>DBA DEEP SKY ASTROPHOTOGRAPHY<br>REAGAN L. FIKE-RAGER<br><br>Debtors | Chapter 7<br>Case No. 25-23453-GLT<br><br>Related Dkt. No 71 |
| FORD MOTOR CREDIT COMPANY LLC<br><br>Movant<br><br>v.<br><br>DAVID L. RAGER<br>DBA DEEP SKY ASTROPHOTOGRAPHY<br>REAGAN L. FIKE-RAGER<br>(Debtors)<br><br>PAMELA J. WILSON<br>(Trustee)<br><br>Respondents | |

**ORDER**

AND NOW, this 22nd day of September, 2026, upon consideration of the Motion for Relief from Automatic Stay filed by Ford Motor Credit Company LLC and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue to repossess, levy, and sell the 2020 Ford

Transit Cargo Van VIN No. 1FTBR2C87LKB78850, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow Ford Motor Credit Company LLC to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Prepared by: Garrett Wilson, Esq.

**DEFAULT ENTRY**

Dated: September 22, 2026

Gregory L. Taddonio hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-23453-GLT

David L. Rager Chapter 7

Reagan L. Fike-Rager

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2

Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Rager, Reagan L. Fike-Rager, 308 Old National Pike, Brownsville, PA 15417-9335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Easley | on behalf of Defendant Foundation Finance Company LLC aeasley@sessions.legal, cgarcia@sessions.legal |
| Adam Bradley Hall | on behalf of Creditor PNC BANK NA amps@manleydeas.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Elizabeth Trachtman | on behalf of Creditor Ford Motor Credit Company LLC ANHSOrlans@InfoEx.com |
| Garrett Wilson | on behalf of Creditor Ford Motor Credit Company LLC garrett.mac.wilson@gmail.com |
| Jason Richardson | |

on behalf of Defendant Foundation Finance Company LLC jason.richardson@mhllp.com, Teresa.Truong@mhllp.com

Kenneth Steidl
on behalf of Joint Debtor Reagan L. Fike-Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Kenneth Steidl
on behalf of Plaintiff Reagan L. Fike-Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Kenneth Steidl
on behalf of Debtor David L. Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Kenneth Steidl
on behalf of Plaintiff David L. Rager julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Matthew Fissel
on behalf of Creditor PNC BANK NA bkgroup@kmllawgroup.com

Michael B Greenberg
on behalf of Defendant Foundation Finance Company LLC michael.greenberg@mhllp.com, amanda.smith@mhllp.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
pwilson@pjwlaw.net pwilson@ecf.axosfs.com

TOTAL: 14